# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GEORGE RICHARD MENDOZA,

    Plaintiff,

v.                                    CASE NO. 4:18cv66-RH/CAS

SECRETARY JULIE JONES et al.,

    Defendants.

_____/

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER OR FOR PRELIMINARY INJUNCTION

This prisoner case is before the court on the magistrate judge's report and recommendation, ECF No. 12, and the objections, ECF No. 15. I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that the plaintiff has not shown that he will suffer irreparable harm in the absence of a temporary restraining order or preliminary injunction. *See*, *e.g.*, *Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000) (en banc) (setting out the prerequisites to a temporary restraining order or preliminary injunction, including a showing of irreparable harm). Accordingly,

    IT IS ORDERED:

The report and recommendation is accepted. The motion for a temporary restraining order or preliminary injunction, ECF No. 8, is denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on April 14, 2018.

s/Robert L. Hinkle<br>
United States District Judge